IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY HARDNETT individually and on behalf of a class of others similarly situated | : : : | Civil Action |
| Plaintiffs | : : | |
| v. | : : | NO. 23-1393-BAJ-SDJ |
| CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE | : : : : : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE**

Plaintiffs, by and through undersigned counsel, hereby file this Motion for Default Judgment as to Defendant City of Baton Rouge- Parish of East Baton Rouge and in support thereof, aver as follows:

1. On September 29, 2023, Plaintiffs initiated this action against City of Baton Rouge-Parish of East Baton Rouge ("Defendant"). (ECF No. 1)

2. Plaintiff served Defendant with his Original Complaint on October 19, 2023. (ECF No. 13)

3. Defendant did not file an Answer or otherwise respond to Plaintiff's Original Complaint.

4. Honorable Scott D. Johnson held a status conference on March 20, 2024 which was

1

attended by undersigned counsel on behalf of Plaintiff and Michael Schillage on behalf of Defendant. (ECF No. 25)

5. Following said status conference, the court Ordered that Plaintiff was to file an Amended Complaint on or before March 24, 2024 and responsive Pleadings will be due per the Federal Rules. (ECF No. 25)

6. Plaintiff filed his First Amended Complaint on March 22, 2024. (ECF No. 26)

7. Under Federal Rule of Civil Procedure 12, Defendant was required to file a responsive pleading by April 13, 202.

8. Defendant has not Answered or otherwise responded to Plaintiff's First Amended Complaint.

Wherefore, Plaintiffs request this Honorable Court enter Default Judgment against Defendant City of Baton Rouge- Parish of East Baton Rouge and in favor of Plaintiff and set a hearing to determine the amount of damages pursuant to Federal Rule of Civil Procedure 55(b)(2)(B).

*/s/ Ronald Haley*

Ronald Haley, Esquire
HALEY AND ASSOCIATES
8211 Goodwood Blvd Ste E,
Baton Rouge, LA 70806

2

CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Default Judgment was filed via the Court's e-filing system and thereby served upon all parties of record. Additionally, a copy of Plaintiffs' Motion for Default Judgment will be sent via first class mail to the following

**Michael Schillage**
*Counsel for Defendants,*
*City of Baton Rouge and*
*Parish of East Baton Rouge*

222 St. Louis Street, 9th floor
Baton Rouge, LA 70802

/s/ Ronald Haley

Ronald Haley, Esquire
HALEY AND ASSOCIATES
8211 Goodwood Blvd Ste E,
Baton Rouge, LA 70806