UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BOBBY HARDNETT                                         CIVIL ACTION

VERSUS                                                 23-cv-01393-BAJ-SDJ

CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE, ET AL

ORDER

Service having been executed on Defendant, City of Baton Rouge-Parish of East Baton Rouge on October 19, 2023, and a motion for leave to file responsive pleading having been filed on March 3, 2025,

IT IS ORDERED that the Motion for Entry of Default filed by Bobby Hardnett is DENIED.

Baton Rouge, Louisiana, this 6th day of March 2025.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: _____
Deputy Clerk