# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY HARDNETT individually and on behalf of a class of others similarly situated** | : <br> : **Civil Action No.:** 3:23-cv-01393 <br> : |
| Plaintiffs, | : |
| v. | : |
| **CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE, and MURPHY PAUL in his capacity as Chief of Police for City of Baton Rouge-Parish of East Baton Rouge** | : <br> : <br> : <br> : |
| Defendants. | : |

## MOTION TO ENROLL COUNSEL OF RECORD

TO THE CLERK:

**NOW COMES**, Plaintiff, Bobby Hardnett to file this Motion to Enroll Counsel of Record and moves this Court to enroll Ryan Beaulie, Louisiana Bar Roll No. 39799 with the firm of Beaulie Litigation Group, as counsel of record on behalf of Plaintiff Bobby Hardnett.

                          Respectfully submitted,

                          */s/ Ryan Beaulie*
                          Ryan Beaulie, Esquire
                          Bar Roll No.: 39799
                          Beaulieu Litigation Group
                          4962 Florida blvd
                          Baton Rouge, LA 70806
                          Beaulieulitgroup@gmail.com

Date: June 18, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing PLAINTIFF'S MOTION TO ENROLL COUNSEL OF RECORD was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system on this 18th day of June 2025.

*/s/ Ryan Beaulie*
Ryan Beaulie, Esquire
