**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BOBBY HARDNETT**

**VERSUS**                                                                 **CASE NO.: 23-CV-1393-BAJ-SDJ**

**CITY OF BATON ROUGE / PARISH
OF EAST BATON ROUGE, ET AL.**

## ORDER

Considering the foregoing *Motion to Withdraw as Counsel of Record*:

**IT IS ORDERED** that attorney Harry J. "Skip" Philips, Jr. (Bar Roll No. 2047) of the law firm Taylor, Porter, Brooks & Phillips, LLP, be and is hereby permitted to withdraw as counsel of record for Murphy Paul.

**THUS, DONE AND SIGNED** in Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
**MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**