UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BOBBY HARDNETT**                                                     **CIVIL ACTION**

**VERSUS**

**CITY OF BATON ROUGE-PARISH**                           **NO. 23-01393-BAJ-SDJ**
**OF EAST BATON ROUGE, ET AL.**

## ORDER

Considering the **Joint Notice Of Settlement (Doc. 43)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 26th day of September, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**