IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOBBY HARDNETT individually and on behalf of a class of others similarly situated** | : <br> : <br> : **Civil Action No.:** 3:23-cv-01393 <br> : |
| **Plaintiffs,** | : |
| v. | : <br> : |
| **CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE, et al.** | : <br> : <br> : |
| **Defendants.** | : <br> : |

## MOTION TO DISMISS WITH PREDJUDICE

**NOW COMES** the plaintiff, Bobby Hardnett through undersigned counsel, in the above entitled and numbered cause, through undersigned counsel, and on suggesting to the Court that all claims have been compromised and settled with all defendants, with respect, moves that this suit against the defendants, be dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted,

*/s/ Ryan Beaulie*
Ryan Beaulie, Esquire (#39799)
Beaulieu Litigation Group
4962 Florida Blvd
Baton Rouge, LA 70806
Beaulieulitgroup@gmail.com
Attorney for Plaintiff