UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY HARDNETT | CIVIL ACTION |
| VERSUS | |
| CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE, ET AL. | NO. 23-01393-BAJ-SDJ |

## JUDGMENT

Considering Plaintiff's **Motion To Dismiss With Prejudice (Doc. 46)**, and for good cause shown pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 4th day of November, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA